**Order entered August 15, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00729-CV

### TAMMI STROUD, Appellant

### V.

### CLEARVIEW ENERGY, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-05580

## ORDER

Before the Court is appellee's August 10, 2018 unopposed motion to extend time. We

**GRANT** the motion and **ORDER** the brief be field no later than August 17, 2018.

/s/     DAVID EVANS
JUSTICE